B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Gyann, John G.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-1663** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **8400 Gleneyre Road, Darien, IL** ZIP Code **60561** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Gyann, John G.**

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| **District:** | **Relationship:** | **Judge:** |
| | | |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Gyann, John G.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John G. Gyann**
Signature of Debtor **John G. Gyann**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 15, 2012**
Date

### Signature of Attorney*

X **/s/ Deborah K. Ebner**
Signature of Attorney for Debtor(s)

**Deborah K. Ebner 06181615**
Printed Name of Attorney for Debtor(s)

**ss// Law Office of Deborah Kanner Ebner**
Firm Name

**11 East Adams**
**Suite 904**
**Chicago, IL 60603**

Address

**Email: dkebner@deborahebnerlaw.com**
**(312) 922-3838 Fax: (312) 922-8722**
Telephone Number

**November 15, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **John G. Gyann**
Debtor(s)

Case No. ____
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ John G. Gyann**
**John G. Gyann**

Date: **November 15, 2012**

1st Priority Acceptance LLC
1267 Southeast Avenue
5A
Tallmadge, OH 44278

Alper Services
60 West Superior
Chicago, IL 60610

Altimate Medical
3329 Solutions Center
Chicago, IL 60677

Arizona Bank and Trust
2036 East Cammelback Rd
Phoenix, AZ 85016

AT&T - 0044
POB 8100
Aurora, IL 60507

AT&T - 0891
POB 8112
Carol Stream, IL 60197

AT&T - 5741
AT&T Long Distance
POB 8112
Carol Stream, IL 60197

AT&T Adv Apple 7124-00001
POB 8112
Auora, IL 60507

AT&T Datacomm, Inc.
POB 8104
Aurora 60657

AT&T Global Services, Inc.
POB 8102
Aurora, IL 60657

Axis Capital f/k/a Blue Ridge
308 North Locust
Grand Island, NE 68801

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Bernard Grogan

Bernard Grogan
5 Smedley Drive
Newtown Square, PA 19073

Blue Ridge n/k/a Axis Cap.
308 North Locust
Grand Island, NE 68801

Bodypoint Designs
558 1st Avenue
Suite 300
Seattle, WA 98104

Brightree LLC
1735 North Brown Road
Lawrenceville, GA 30043

ComEd
POB 6111
Carol Stream, IL 60197-6111

Compass Bank
15 20th St. S. STE 601
Birmingham, AL 35233

Compass Bank
401 West valley Ave
Homewood, AL 35209

Convaid Products, Inc.
2830 California Street
Torrance, CA 90503

Dik Drug Company
160 Tower Drive
Burr Ridge, IL 60527

Dr. Buczellato
Medical Specialists Centers of In.
754 45th Ave #202
Munster, IN 46321

F & G Ventures, LLC
8040 South Madison Street
Willowbrook, IL 60527

Falcon Leasing LLC
183 Cedar Drive
Suite B
Foley, MN 56329

First Community Bank of Plainfield
14150 South Rt 30
Plainfield, IL 60544

First community Bank of Plainfield
14150 South Rt 30
Plainfield, IL 60544

Francine Gyann
8400 Gleneyre Road
Darien, IL 60561

Francine Gyann
8400 Gleneyre Road
Darien, IL 60561

Francine Gyann
Darien, IL

Francine K. Gyann
8400 Gleneyre Road
Darien, IL 60561

Frank Mobility Systems
1003 International Drive
Oakdale, PA 15071

Freedom Designs
POB 534219
Atlanta, GA 30353

GMAC
POB 9001948
Louisville, KY 40290

Gycor International, Ltd
10216 Werch Drive #108
Woodridge, IL 60517

Gycor International, Ltd.
10216 Werch Drive #108
Woodridge, IL 60517

Henderlong Holdings LLC
562 N Indiana Ave
Crown Point, IN 46307

Illinois Ventures For Comm. Actio
3435 Liberty Drive
Suite C
Springfield, IL 62791-9285

Indymac/ One West Bank
6900 Beatrice Drive
Kalamazoo, MI 49009

Invacare - 51279 IL
POB 824056
Philadelphia, PA 19182

Itasca Bank & Trust
308 W. Irving Park Rd.
Itasca, IL 60143-2193

Itasca Bank & Trust
308 W. Irving Park Rd.
Itasca, IL 60143-2193

Joyce H. Pflug
16W661Fern Street
Hinsdale, IL 60521

Keybreaker Investments McCartney RD
14415 East Vallejo
Chandler, AZ 85249

KI Mobility LLC
2916 Borham Avenue
Stevens Point, WI 54481

Kimberly Clark
POB 915003
Dallas, TX 75391

Krug Enterprises
1072 Shore Drive
Naperville, IL 60564

Lifetech Health Services

Lifetech Health Services LLC
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Lifetech Health Svcs/RT Health Svcs
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Lifetech Health Svcs/RT Health Svcs
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Lifetech Health Svcs/RT Health Svcs
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Louise Abrahams Irrevocable Trust
1725 Lilly Court
Highland Park, IL 60035

Martin Krug
c/o Krug Enterprises
1072 Shore Drive
Naperville, IL 60564

Medbloc, Inc
1935 Solutions Center
Chicago, IL 60677

Medical Specialists Centers of In.
754 45th Ave #202
Munster, IN 46321

Metalcraft Industries, Inc.
POB 75
Oregon, WI 53575

Office Depot
PO BOX 689020
Des Moines, IA 50368

Operating Agreements being reviewed

Osborn Maledon
The Phoenix Plaza
21st Floor - 2929 No. Central Ave
Phoenix, AZ 85012-2794

Otto Bock
2 Carlson Parkway
Minneapolis, MN 55486

P& L Capital
4131 South 143rd Circle
Omaha, NE 68137

PDG Inc.
PMB #173
1124 Fir Ave
Blaine, WA 98230

Pedicraft
4134 St. Augustine Road
Jacksonville, FL 32247

Permobil Inc.
Dept At 952171
Atlanta, GA 31192

Pinklovee Partnershipp
POB 5290
Lansing, IL 60438

Pitney Bowes IL
POB 371874
Pittsburgh, PA 15250

Pitney Bowes Inc.
POB 371887
Pittsburgh, PA 15250

Pitney Bowes Lease
POB 856460
Louisville, KY 40285

Pitney Bowes Lease-Springfield
POB 856460
Louisville, KY 40285

PPG, LLC
13133 West Annika Drive
Litchfield Park, AZ 85340

Prairie Seating Corporation
7515 Linder Ave
Skokie, IL 60077

Premium Financing Specialists
24722 Network Place
Chicago, IL 60673

Pride Mobility Products Corp
c/o Marc S. Zaslavsky/Arnstein Lehr
120 South Riverside Plaza #1200
Chicago, IL 60606

Pride Mobility Products Corp
185 Susquehanna Ave
Pittston, PA 18643

Prime Engineering
4202 W Sierra
Fresno, CA 93722

Pulmonary Rehabilitation Plus, Inc.
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Pulmonary Rehabilitation Plus, Inc.
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Pulmonary Rehabilitation Plus, Inc.
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech Supply Corp
10216 Werch Drive
Suite 108 and 109
Woodridge, IL 60517

Rehab Tech, Inc

Rehab Tech, Inc.
440 Bell Court
Suite 400
Oak Creek, WI 53154

Rehab Tech, Inc.
Oak Creek, WI 53154

Rehab Tech, Inc.
10216 Werch Drive
Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab Tech, Inc.
10216 Werch Drive, Suite 108
Woodridge, IL 60517

Rehab-Tech
10216 Werch Dr
Suite 108
Woodridge, IL 60517

Respironics
POB 405740
Atlanta, GA 30384

Richard & Louise Abrahams
1725 Lily Court
Highland Park, IL 60035

Richard Abrahams - Ira
1725 Lily Court
Highland Park, IL 60035

Richard Hirsch 1992 Family Trust
231 Summerfield
Northbrook, IL 60063

Richardson Products
9408 Gulfstream Road
Frankfort, IL 60423

Rifton
POB 260
Rifton, NY 12471

RLA 1993 Trust
1725 Lily Court
Highland Park, IL 60035

RLA 1993 Trust IRA
1725 Lily Court
Highland Park, IL 60035

Roho/Crown Therapeutics
Attn: Carol Johnson
POB 658
Delleville, IL 62221

Sammons Preston Roylan
POB 93040
Chicago, IL 60673

Scott Hulbert
Engelman Berger, PC
3636 NOrth Central Ave. #700
Phoenix, AZ 85012

Shea, Paige & Rogal, Inc.
547 S LaGrange Road
LaGrange, IL 60525

Snug Seat Inc.
POB 636609
Cincinnati, OH 45263

Standard Professional Services
707 Skokie Blvd
Northbrook, IL 60062

Stealth Products Inc.
103 John Kelly Drive
Burnet, TX 78611

Sunrise Financial a/k/a Indymac
1034 North Milwaukee
Chicago, IL 60622

Therafin Corporation
9450 W Laraway Road
Frankfort, IL 60423

Timothy H. Dacy
1160 Evergreen Drive
Lake Forest, IL 60045

TNB Financial
1410 North Meacham Road
Schaumburg, IL 60173

TNB Financial
1410 North Meacham Road
Schaumburg, IL 60173

UPS Logistics Technologies Inc.
849 Fairmount Ave
Baltimore, MD 21286

US Department of Treasury
Office of District Counsel
200 W Adams, Suite 2300
Chicago, IL 60606

VGM Financial Services
1111 West San Marnan Drive
Waterloo, IA 50704

Warren A. Pflug
16W661 Fern Street
Hinsdale, IL 60521

Wright Express
POB 6293
Carol Stream, IL 60197